**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7619**

_____

ANDREE ELLERTON ALBERT,

Petitioner - Appellant,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,
District Director,

Respondent - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-01-1845-AW)

_____

Submitted:  December 20, 2001       Decided:  January 9, 2002

_____

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Andree Ellerton Albert, Appellant Pro Se.  George W. Maugans,
IMMIGRATION AND NATURALIZATION SERVICE, Baltimore, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Andree Ellerton Albert appeals from the district court's order granting the Respondent's motion to stay proceedings.  We dismiss the appeal for lack of jurisdiction because the order is not appealable.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).  The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

   We dismiss the appeal as interlocutory.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED